**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **OSMAN AVILA SANCHEZ MARTIN** | **CIVIL DOCKET NO. 3:26-CV-3314** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

# ORDER

Considering Petitioner Osman Avila Sanchez Martin's MOTION TO VOLUNTARY DISMISS HABEAS PETITION (the "Motion") [DOC 7];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Osman Avila Sanchez Martin is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 9th day of September 2026.

David C Joseph

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE